UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
3:19-cv-309-CHB-

**NANCY DAVIDSON**                                                                         **PLAINTIFF**

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

**LOUISVILLE METROPOLITAN GOVERNMENT**                     **DEFENDANT**

• * * * *

Comes the Plaintiff, NANCY DAVIDSON, by counsel, and pursuant to Rule 26(a)(1), makes the following Initial Disclosures.

**A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT THE PLAINTIFF MAY USE IN SUPPORT OF THEIR CLAIMS**

Nancy Davidson

Racheal Butrum

Gregory Butrum

Any and all persons already identified in the complaint herein.

Any and all persons involved and/or associated with any underlying investigation and/or prosecution of any party to this case.

Any and all individuals who have been or will be identified through discovery. Any and all witnesses who have been or will be identified by other parties to this litigation.

Any and all other individuals listed by the Defendants, or any other party to this litigation, in their Initial Disclosure(s).

The Plaintiff reserves the right to amend this list should it become necessary subsequent to the close of discovery.

All witnesses will testify to the facts known to them that touch on the subject matter of the complaint.

**B. DOCUMENTS IN THE POSSESSION OF THE DEFENDANTS THAT MAY BE USED TO SUPPORT THEIR DEFENSES**

Any and all internal documents attached to complaint, identified through discovery or listed in Defendants disclosures.

**C. COMPUTATION OF DAMAGES:**

The Plaintiff reserves the right to supplement these disclosures pursuant to the Federal Rules of Civil Procedure and further Order of the Court.

**D. INSURANCE AGREMEENT**

The Plaintiff is unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment, available for inspection and copying upon reasonable notice of the requesting party.

The Plaintiff expressly reserves any objection she may have to the introduction into evidence of anything required to be disclosed under Rule 26. The disclosing Plaintiff reserves the right to timely supplement these initial disclosures pursuant to the Federal Rules of Civil Procedure or by further Order of the Court.

                                      Respectfully submitted,

                                      /s/ Timothy Denison
                                      TIMOTHY DENISON
                                      235 South Fifth Street
                                      The Third Floor
                                      Louisville, Kentucky 40202-3226
                                      (502) 589-6916; (FAX) 568-6919
                                      timothydenison@aol.com
                                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2019, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notice of electronic filing to the registered counsel.


                                    /s/Timothy Denison  
                                    TIMOTHY DENISON