UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NANCY FERRELL DAVIDSON,     )
     )
     Plaintiff,     )     Civil Action No. 3:19-CV-309-CHB
     )
v.     )
     )     **ORDER GRANTING MOTION TO**
LOUISVILLE METROPOLITAN     )     **EXCEED PAGE LIMIT**
GOVERNMENT,     )
     )
     Defendant.     )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the defendant's Motion to Exceed Page Limit [R. 14].

Having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.     The Motion to Exceed Page Limit [**R. 14**] is **GRANTED**.

2.     The defendant's Motion for Summary Judgment may be up to thirty (30) pages in length.

This the 22nd day of April, 2020.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record