UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| NANCY FERRELL DAVIDSON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 3:19-cv-309-CHB |
| | ) | |
| LOUISVILLE METROPOLITAN | ) | |
| GOVERNMENT | ) | |
| | ) | |
| Defendant | ) | |

** ** ** ** ** ** ** **

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The Plaintiff, Nancy Ferrell Davidson, and Defendant, Louisville Metropolitan Government, by their respective counsel, respectfully requests the Court to continue the Telephonic Status Conference currently scheduled for May 4, 2020 beginning at 11:30 a.m. (EST) before the Honorable Magistrate Judge Lanny King.

As grounds for this Motion, the parties state that discovery and motion practice have been delayed due to the fault of neither party. The Defendant plans to file a dispositive motion and tender discovery responses in the coming days. All counsel agree that a status conference will be more productive once written discovery has been exchanged and the Defendant's dispositive motion has been fully briefed.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT


**/s/ TERA M. REHMEL**

Patricia C. Le Meur, Esq.
Tera M. Rehmel, Esq.
Colleen O. Davis, Esq.
716 West Main Street, Suite 300
Louisville, Kentucky 40202
Office:  (502) 583-9900
Email:  plemeur@ppoalaw.com
            trehmel@ppoalaw.com
            cdavis@ppoalaw.com
*Counsel for Defendant Louisville Metropolitan Government*



**/s/ TIMOTHY DENISON (w/permission)**

Timothy Denison, Esq.
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
timothydenison@aol.com
*Counsel for Plaintiff, Nancy Ferrell Davidson*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on this the 29th day of April 2020, which will send a notice of electronic filing to the following counsel of record:

Timothy Denison, Esq.
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
timothydenison@aol.com
*Counsel for Plaintiff, Nancy Ferrell Davidson*

/s/ *TERA M. REHMEL*

*Counsel for Defendant Louisville Metropolitan Government*

3