UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| NANCY FERRELL DAVIDSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 3:19-cv-309-CHB |
| ) | |
| LOUISVILLE METROPOLITAN ) | |
| GOVERNMENT ) | |
| ) | |
| Defendant ) | |

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

## **NOTICE OF SERVICE OF DISCOVERY**

Comes the Defendant, Louisville Metropolitan Government, by counsel, and hereby gives notice that the following was served upon counsel of record this the 1st day of May, 2020:

1)  Answers and Responses of Defendant, Louisville Metropolitan Government, to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT

*/S/ TERA M. REHMEL*
Susan D. Phillips, Esq.
Patricia C. Le Meur, Esq.
Tera M. Rehmel, Esq.
Colleen O. Davis, Esq.
716 West Main Street, Suite 300
Louisville, Kentucky 40202
Office: (502) 583-9900
Fax: (502) 587-1927
Email: sphillips@ppoalaw.com
plemeur@ppoalaw.com
trehmel@ppoalaw.com
cdavis@ppoalaw.com
*Counsel for Defendant Louisville Metropolitan Government*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on this the 1st day of May 2020, which will send a notice of electronic filing to the following counsel of record:

Timothy Denison, Esq.
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
timothydenison@aol.com
*Counsel for Plaintiff, Nancy Ferrell Davidson*

*/S/ TERA M. REHMEL*
*Counsel for Defendant Louisville Metropolitan Government*