UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| NANCY FERRELL DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:19-CV-309-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| LOUISVILLE METROPOLITAN | ) | **EXTENSION** |
| GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the plaintiff's Motion for Extension of Time [R. 20].

Having reviewed the Motion and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      Plaintiff's Motion for Extension of Time [**R. 20**] is **GRANTED**.

2.      The plaintiff **SHALL** have **up to and including June 17, 2020**, within which to

respond to defendant's Motion for Summary Judgment [R. 19].

This the 16th day of June, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record