UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NANCY FERRELL DAVIDSON          )
                               )
              Plaintiff         )
                               )
vs.                            )          Case No. 3:19-cv-309-CHB
                               )
LOUISVILLE METROPOLITAN         )
GOVERNMENT                      )
                               )
              Defendant         )

## MOTION FOR LEAVE TO FILE SUBSTANTIVE REPLY

Defendant, Louisville Metropolitan Government ("Louisville Metro"), by counsel, moves this honorable Court for leave to file a substantive Reply to its Motion for Summary Judgment that addresses Plaintiff's Response (DN 26.) As grounds for this Motion, Louisville Metro states as follows:

When Plaintiff's deadline for filing a Response to Louisville Metro's Motion for Summary Judgment (DN 19) expired, Louisville Metro filed a Reply (DN 22). Thereafter, Plaintiff was permitted to file a Response to Louisville Metro's Motion, and she did so on June 26, 2020 (DN 26). Thus, Louisville Metro has filed a Reply but has not had the opportunity to respond to Plaintiff's arguments opposing summary judgment. Louisville Metro now seeks leave to address Plaintiff's Response through a substantive Reply and asks for 10 days from the entry of the attached Order to do so.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT


*/s/ Tera M. Rehmel*
Patricia C. Le Meur, Esq.
Tera M. Rehmel, Esq.
Colleen O. Davis, Esq.
716 West Main Street, Suite 300
Louisville, Kentucky 40202
Office:  (502) 583-9900
Fax:      (502) 587-1927
Email:  plemeur@ppoalaw.com
              trehmel@ppoalaw.com
              cdavis@ppoalaw.com
*Counsel for Defendant Louisville Metropolitan Government*


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on this the 30th day of June 2020, which will send a notice of electronic filing to the following counsel of record:

Timothy Denison, Esq.
235 South Fifth Street
Third Floor
Louisville, Kentucky 40202
timothydenison@aol.com
*Counsel for Plaintiff, Nancy Ferrell Davidson*


*/s/ Tera M. Rehmel*
*Counsel for Defendant Louisville Metropolitan Government*