UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| NANCY FERRELL DAVIDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUISVILLE METROPOLITAN ) <br> GOVERNMENT, ) <br> ) <br> Defendant. ) | Civil Action No. 3:19-CV-309-CHB <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE SUBSTANTIVE REPLY** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on defendant's Motion for Leave to File Substantive Reply [R. 27]. Having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Leave to File Substantive Reply [**R. 27**] is **GRANTED**.

2. The defendant **SHALL** have **ten (10) days from the date of entry of this Order** within which to file a Reply in support of its Motion for Summary Judgment [R. 19].

This the 1st day of July, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record