UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| NANCY FERRELL DAVIDSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 3:19-cv-309-CHB |
| ) | |
| LOUISVILLE METROPOLITAN ) | |
| GOVERNMENT ) | |
| ) | |
| Defendant ) | |

## NOTICE TO TAKE VIDEO DEPOSITION

\*\*\*\*\*\*\*\*\*

Please take notice that the Defendant, Louisville Metropolitan Government, will take the stenographic and video deposition of Nancy Ferrell Davidson on **Monday, the 17th of August, 2020, beginning at 10:00 a.m., at the offices of Timothy Denison, 235 South Fifth Street, Third Floor, Louisville, Kentucky 40202**.  Said deposition is for purposes of discovery and may also be used for all purposes allowable under the Federal Rules of Civil Procedure.  The witness is directed to produce for inspection and copying any document supporting her allegations in this case.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT

*/s/ Tera M. Rehmel*
Susan D. Phillips, Esq.
Patricia C. Le Meur, Esq.
Tera M. Rehmel, Esq.
Colleen O. Davis, Esq.
716 West Main Street, Suite 300
Louisville, Kentucky 40202
Office:  (502) 583-9900
Fax:     (502) 587-1927
Email:  sphillips@ppoalaw.com
            plemeur@ppoalaw.com
            trehmel@ppoalaw.com
            cdavis@ppoalaw.com
*Counsel for Defendant Louisville Metropolitan Government*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on this the 5th day of August 2020, which will send a notice of electronic filing to the following counsel of record:

Timothy Denison, Esq.
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
timothydenison@aol.com
*Counsel for Plaintiff, Nancy Ferrell Davidson*

*/s/ Tera M. Rehmel*
*Counsel for Defendant Louisville Metropolitan Government*

**Court Reporter/Videographer:**
McLendon-Kogut Court Reporting
2525 Nelson Miller Parkway, Suite 204
Louisville, Kentucky 40223
502-585-5634
Office@mclendon-kogut.com