UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| NANCY FERRELL DAVIDSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 3:19-cv-309-CHB |
| ) | |
| LOUISVILLE METROPOLITAN ) | |
| GOVERNMENT ) | |
| ) | |
| Defendant ) | |

**NOTICE TO TAKE VIDEO DEPOSITION**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Please take notice that the Defendant, Louisville Metropolitan Government, will take the stenographic and video deposition of Racheal Elizabeth Anne Butrum on the **12th** day of **August 2020 at 3:30 p.m.,** at the offices of **Phillips Parker Orberson & Arnett, PLC, 716 West Main Street, Suite 300, Louisville, Kentucky 40202**.  Said deposition is for purposes of discovery and may also be used for all purposes allowable under the Federal Rules of Civil Procedure.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT

*/s/ Tera M. Rehmel*
Susan D. Phillips, Esq.
Patricia C. Le Meur, Esq.
Tera M. Rehmel, Esq.
Colleen O. Davis, Esq.
716 West Main Street, Suite 300
Louisville, Kentucky 40202
Office: (502) 583-9900
Fax:    (502) 587-1927
Email:  sphillips@ppoalaw.com
        plemeur@ppoalaw.com
        trehmel@ppoalaw.com
        cdavis@ppoalaw.com
*Counsel for Defendant Louisville Metropolitan Government*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system on this the 5th day of August 2020, which will send a notice of electronic filing to the following counsel of record:

Timothy Denison, Esq.
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
timothydenison@aol.com
*Counsel for Plaintiff, Nancy Ferrell Davidson*

                                                 */s/ Tera M. Rehmel*
                                                 *Counsel for Defendant Louisville Metropolitan Government*

**Court Reporter/Videographer:**
McLendon-Kogut Court Reporting
2525 Nelson Miller Parkway, Suite 204
Louisville, Kentucky 40223
502-585-5634
Office@mclendon-kogut.com