UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:19-CV-00309-CHB-LLK

NANCY FERRELL DAVIDSON                                                    PLAINTIFF

v.

LOUISVILLE METROPOLITAN
GOVERNMENT                                                               DEFENDANT

## ORDER

  Judge Claria Horn Boom referred this matter to U.S. Magistrate Judge Lanny King for: (1) resolving all non-dispositive pretrial motions; (2) generally managing discovery, including resolving all discovery disputes and conducting any hearings other than the pretrial conference; (3) generally managing all pretrial scheduling issues, including altering any dates and/or deadlines, except deadlines for dispositive/Daubert motions, and the pretrial conference and the trial deadlines; (4) conducting a mid-discovery telephonic conference; and (5) conducting a settlement conference, if requested by the parties.  [DN 5].

  **IT IS HEREBY ORDERED** that the parties are to refrain from further filing of discovery documents, except as appropriate under the Federal Rules of Civil Procedure.  The parties are reminded that, pursuant to Fed. R. Civ. P. 5(d)(1), "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses **must not be filed** until they are used in the proceeding or the Court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."  For purposes of this rule, "'[d]iscovery requests' includes deposition notices."  Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment. The Court considers notices of service of discovery responses to be covered by the

Rule and commentary.  Local Rule 26.1(b) also recognizes that materials related to discovery generally should not be filed in the record.

**IT IS SO ORDERED.**

August 6, 2020

**Lanny King, Magistrate Judge**
**United States District Court**

c:      Counsel of Record