UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NANCY FERRELL DAVIDSON                                        PLAINTIFF

v.                                                                     No. 3:19-cv-309-BJB

LOUISVILLE METROPOLITAN GOVERNMENT                  DEFENDANT

## NOTICE OF FILING PROPOSED ORDER

Comes the Plaintiff, NANCY DAVIDSON, by counsel, and hereby gives Notice of Filing of Proposed Order, which is attached hereto.

                                                   TENDERED BY:

                                                   /s/ Timothy Denison
                                                   TIMOTHY DENISON
                                                   Counsel for Plaintiff
                                                   235 South Fifth Street
                                                   The Third Floor
                                                   Louisville, Kentucky 40202
                                                   (502) 589-6916; (FAX) 568-6919
                                                   timothydenison@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by CM/ECF upon all parties entitled to receive service on this the 15th day of September, 2022.

                                                   /s/ Timothy Denison
                                                   TIMOTHY DENISON