# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 04, 2023

Mr. Timothy Denison
Timothy Denison
235 S. Fifth Street
Suite 300
Louisville, KY 40202-3226

Ms. Patricia Colleen Le Meur
Philips Parker Orberson & Arnett
716 W. Main Street
Suite 300
Louisville, KY 40202

Ms. Tera Michele Rehmel
Philips Parker Orberson & Arnett
716 W. Main Street
Suite 300
Louisville, KY 40202

Re: Case No. 23-5446, *Nancy Davidson v. Louisville-Jefferson Ct, KY Metro Govt*
Originating Case No. : 3:19-cv-00309

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. James J. Vilt Jr.

Enclosure

No mandate to issue

Case No. 23-5446

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

NANCY FERRELL DAVIDSON

    Plaintiff - Appellant

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 04, 2023